THE PEOPLE OF THE STATE OF NEW YORK, Appellant, *v.* STANLEY S. CORWIN, Respondent.

Submitted October 6, 1952; decided October 9, 1952.

Motion for reargument or, in the alternative, for clarification of the opinion denied. [See 304 N. Y. 362.]

THE PEOPLE OF THE STATE OF NEW YORK ex rel. NATHANIEL I. BECKER, Appellant, against WARDEN OF BELLEVUE PRISON WARD et al., Respondents.

Submitted October 6, 1952; decided October 9, 1952.

Motion for reargument of motion for leave to appeal denied. [See 302 N. Y. 944.]